IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

**UNITED STATES OF AMERICA,**

   Plaintiff,

**VS.**

                                        NO.   25-20035

**EDMUND HULL FORD, JR.,**

   Defendant.

_____

### NOTICE OF APPEARANCE
_____

   Please enter on the docket the appearance of attorney Michael E. Scholl as attorney of record in the above-captioned matter.

                                                        Respectfully submitted,

                                                        s\Michael E. Scholl
                                                        MICHEAL E. SCHOLL (16284)
                                                        253 ADAMS AVENUE
                                                         Memphis, Tennessee 38103
                                                        (901) 529-8500

### CERTIFICATE OF SERVICE

   I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served on Assistant United States Attorneys, David Pritchard, at 167 N. Main Street, Suite 800, Memphis, Tennessee 38103 via electronic delivery, on this the 28th day of February, 2025.

                                                         s\Michael E. Scholl
                                                       MICHEAL E. SCHOLL (16284)