AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:25cr20035-TLP |
| **EDMUND HULL FORD JR.** | ) |
| *Defendant* | ) |

*ORIGINAL*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     EDMUND HULL FORD JR.                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 666(a)(1)(B)-Corruptly solicit/demand for benefit of person anything $5,000 or more
26 U.S.C. § 7201-Attempt to evade or defeat tax

Date:   02/27/2025                                          s/Charmiane G. Claxton
                                                    *Issuing officer's signature*

City and state:     MEMPHIS, TENNESSEE               WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2-28-25 , and the person was arrested on *(date)* 2/28/25 at *(city and state)* Memphis, TN . |
| Date: 2/28/2025 |
| *Arresting officer's signature* |
| Dusn W. File |
| *Printed name and title* |