# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:25-cr-20035-TLP-1 |
| v. ) | |
| ) | |
| EDMUND HULL FORD, JR., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS**

Defendant moves to continue the pretrial motion deadline in this matter currently set on August 25, 2025. For good cause shown, the Court **GRANTS** the motion to extend motion deadline to September 25, 2025.

**SO ORDERED**, this 11th day of September, 2025.

   s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE