IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

VS.                                                                                                                 CR. NO.: 25-20035 (TLP)

**EDMUND HULL FORD, JR.**,

    Defendant.

## MOTION TO CONTINUE TRIAL

    **COMES NOW** the Defendant, Edmund Hull Ford, Jr., by and though counsel, Michael E. Scholl, and moves this Honorable Court to continue the trial setting in this matter. As grounds for said motion, counsel would respectfully show this Honorable Court the following:

1. That this case is currently scheduled for trial on Tuesday, January 20, 2026, at 9:00 a.m.

2. That the discovery in this matter is extensive and Counsel is still reviewing discovery and researching potential legal issues with the case. The case involves two very distinct types of analysis. Not only are there issues involving county processes and contracts, but there are a significant number of tax and amended tax returns to analyze. Each violation of a statute alleged does not necessarily contain facts that are common.

3. Counsel notified the Court previously that there may be issues with scheduling due to older cases that are set to for trial with Defendants in custody. Counsel has two trials, one of which is in the middle of January regarding a homicide and one the first week of February that involves a VICAR murder. It is not anticipated that either trial will settle, and both are older cases involving significant preparation with clients in custody.

4. Counsel cannot be adequately prepared to defend this case due to the intricate nature of the materials and the conflicting demands of homicide cases set during this time period.

5. That a Report date is set in this matter for September 25, 2025 at 10:30 a.m. and Counsel requests that a new trial date be set during this report date.

6. That counsel has contacted Assistant United States Attorney, Lynn Crum, who has no opposition to this motion.

**WHEREFORE DEFENDANT PRAYS** that this Honorable Court continue the trial setting in this matter and that a new trial date be set on September 25, 2025, during the upcoming Report setting, and for any further relief as the Court deems necessary.

Respectfully submitted,

s/ Michael E. Scholl
MICHAEL E. SCHOLL (16284)
253 Adams Avenue
Memphis, Tennessee 38103
(901) 529-8500
mike@scholl-law-firm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served on Assistant United States Attorney, Lynn Crum, at 167 North Main, Suite 800, Memphis, Tennessee 38103, via electronic delivery, on this the 23rd day of September 2025.

s/ Michael E. Scholl
MICHAEL E. SCHOLL