# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 25-20035-TLP-01 |
| | ) | |
| EDMUND HULL FORD, JR., | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on February 2, 2026, the Assistant United States Attorneys for this district, Lynn Crum and Scott P. Smith, appearing for the Government, and the Defendant, Edmund Hull Ford, Jr., appearing in person and with counsel, Michael Scholl.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Counts 2, 3, 4, 5, and 6 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set FRIDAY, JUNE 12, 2026 at 9:30 A.M. in Courtroom No. 2, on the 11th floor before Judge Thomas L. Parker.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

Defendant is allowed to remain on bond pending sentencing.

IT IS SO ORDERED, this the 2nd day of February, 2026.

    s/ Thomas L. Parker
    THOMAS L. PARKER
    UNITED STATES DISTRICT JUDGE