**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:25-cr-20035-TLP** |
| | ) | |
| **EDMUND FORD, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### JOINT MOTION TO CONTINUE SENTENCING DATE

---

The parties respectfully request this Court to continue the Edmund Ford, Jr.'s sentencing date. The parties would state:

1. The defendant's sentencing date is currently set for June 12, 2026 at 9:30 a.m.

2. The parties have not yet received the pre-sentence investigation report.

3. The parties have requested a full day for the sentencing hearing in anticipation that there may be contested aspects of the pre-sentence investigation report.

4. The probation officer is currently working on the pre-sentence investigation report and anticipates the report will be prepared and provided to the parties by June 5, 2026.

5. The parties request a month continuance to receive the pre-sentence investigation report, prepare responses, and meet to determine whether a full day is still needed or whether there is agreement to more factors.

6. The parties have conferred on their schedules and propose July 9 or 10 if the Court is available.

1

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

BY:    s/Lynn Crum_____
Lynn Crum  (CA #322077)
Assistant United States Attorney
Western District of Tennessee
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
(901)  544-4231
lynn.crum@usdoj.gov

BY:    s/ Michael E. Scholl_____
MICHAEL E. SCHOLL (16284)
Attorney for Defendant
253 Adams Avenue
Memphis, Tennessee 38103
(901) 529-8500
mike@scholl-law-firm.com

## CERTIFICATE OF SERVICE

I, Lynn Crum, do hereby certify that a true and exact copy of the foregoing response has been electronically submitted to the defendant's counsel of record on this, the 22nd day of May, 2026.

s/Lynn Crum_____
Lynn Crum  (CA #322077)
Assistant United States Attorney

2