**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cr. No. 2:25-cr-20035-TLP** |
| **v.** | ) | |
| | ) | |
| **EDMUND FORD, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS

The United States of America, through the undersigned counsel, files its Position Regarding Sentencing Factors in accordance with Local Criminal Rule 32.1(d) and § 6A1.2 of the Sentencing Guidelines and Policy Statements.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.
2. The United States has no objections to the factual findings or guidelines calculations contained in the Presentence Report.
3. The United States does not intend to call witnesses at the sentencing hearing.

4. The United States anticipates the sentencing hearing will take one to two hours.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By: *s/ Lynn Crum*
Lynn Crum
Assistant United States Attorney
United States Attorney's Office
167 N. Main Street, Suite 800
Memphis, TN 38103

**CERTIFICATE OF SERVICE**

I, Lynn Crum, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper has been sent via District Court's Electronic Filing System, to defense counsel.

This 13th day of July, 2026.

*s/ Lynn Crum*
Lynn Crum